UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ARIF AHMED,

                         Petitioner,

       v.

TODD BLANCHE; MARKWAYNE MULLIN;
JOSEPH B. EDLOW, NATIONAL BENEFIT
CENTER, JOHN DOES 1-10, JANE DOES 1-10;
and ABC AGENCY 1-10,

                        Respondents.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

Civil Action No.
26-cv-2149

(Garaufis, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.


Dated: New York, New York
        June 9, 2026

        CHHETRY & ASSOCIATES, P.C.
        *Attorneys for Petitioner*
        494 8th Avenue Ste 9th Floor
        New York, New York 10001


By:    */s/ Nevin Chetry*
        Nevin Chetry, Esq.
        (646) 285-2226
        nc@chhetrylaw.com

Dated: Central Islip, New York
        June 9, 2026

        JOSEPH NOCELLA, JR.
        United States Attorney
        *Counsel for Respondents Todd
        Blanche, Markwayne Mullin, Joseph
        B. Edlow, and National Benefit
        Center*
        Eastern District of New York
        610 Federal Plaza
        Central Islip, New York 11722

**So Ordered.**

 s/Nicholas G. Garaufis, USDJ
**Hon. Nicholas G. Garaufis**
**Date:** 6/10/26

By:    ALINA AUSTIN   Digitally signed by
                      ALINA AUSTIN
                      Date: 2026.06.09
                      16:18:53 -04'00'
        Alina Austin
        Special Assistant U.S. Attorney
        (631) 715-7834
        alina.austin@usdoj.gov